GENESE K. DOPSON (SBN 108333)
Email: Genese.Dopson@WilsonElser.com
BETH FRUECHTENICHT-ANEY (SBN 208847)
Email: Beth.Aney@WilsonElser.com
**WILSON, ELSER, MOSKOWITZ,**
   **EDELMAN & DICKER LLP**
525 Market Street, 17th Floor
San Francisco, California 94105
Telephone: (415) 433-0990
Facsimile: (415) 434-1370

Attorneys for Defendant
SYNTHES USA SALES, LLC, erroneously named and sued as
SYNTHES, CORP., LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN MONROY-PADILLA, <br><br> and <br><br> GRACIELA SANTOS VALDEZ <br><br> Plaintiffs, <br><br> v. <br><br> SYNTHES, CORP., LTD., and DOES 1 through 100, inclusive, <br><br> Defendants. | Case No.: CV12-05420 EJD <br><br> **STIPULATION TO CORRECT AND REFLECT THAT THE LEGAL NAME OF THE DEFENDANT IS SYNTHES USA SALES, LLC, AND THAT DEFENDANT'S CORRECT NAME SHOULD BE REFLECTED IN ALL PAPERS AND PLEADINGS; [PROPOSED] ORDER** <br><br> Date: March 8, 2013 <br> Time: 10:00 a.m. <br> Place: Courtroom 4, 5th Floor |

Plaintiffs MARTIN MONROY-PADILLA and GRACIELA SANTOS VALDEZ ("Plaintiffs"), by and through their attorneys, Sayre & Levitt LLP, and Defendant SYNTHES USA SALES, LLC ("Defendant"), by and through its attorneys, Wilson, Elser, Moskowitz, Edelman & Dicker LLP agree and stipulate as follows:

1. Plaintiffs filed their lawsuit herein in the Superior Court of California, in and for the County of Monterrey, Case No. M119017 on July 23, 2012, and in said pleading inadvertently and incorrectly named the Defendant as Synthes, Corp., LTD, when, in fact, the correct name of the Defendant is SYNTHES USA SALES, LLC.

1

2. Defendant filed an Answer on October 19, 2012, answering as Defendant SYNTHES USA SALES, LLC, erroneously named and sued as SYNTHES, CORP., LTD.

3. Plaintiffs and Defendant stipulate and agree that Defendant's correct name should be reflected in the caption and in all further papers and pleadings filed herein as SYNTHES USA SALES, LLC, and that SYNTHES USA SALES, LLC is the correct legal name of the Defendant who has answered Plaintiffs' Complaint herein.

4. Plaintiffs and Defendant further stipulate and agree that the entity originally identified in Plaintiffs' Complaint as Defendant SYNTHES, CORP., LTD., shall be deemed dismissed without prejudice.

DATED: March 1, 2013         WILSON, ELSER, MOSKOWITZ,
                             EDELMAN & DICKER LLP


                                    /s/ Genese K. Dopson
                             By:_____
                             Genese K. Dopson
                             Attorneys for Defendant
                             SYNTHES USA SALES, LLC,
                             erroneously named and sued as
                             SYNTHES, CORP., LTD.

DATED: March 1, 2013         SAYRE & LEVITT LLP


                                    /s/ Federico C. Sayre
                             By:_____

                             Attorneys for Plaintiffs
                             MARTIN MONROY-PADILLA and
                             GRACIELA SANTOS VALDEZ


## [PROPOSED] ORDER

The parties having stipulated by and through their attorneys and good cause having been shown,

**IT IS HEREBY ORDERED** that Defendant's correct name should be reflected in the caption on all further papers and pleadings filed herein as SYNTHES USA SALES, LLC, and that

2

1  SYNTHES USA SALES, LLC is the correct legal name of the Defendant who has answered
2  Plaintiffs' Complaint herein.
3  Date:   3/4/2013

By: _____
Honorable Edward J. Davila
United States District Judge

3

STIPULATION TO CORRECT AND REFLECT THAT THE LEGAL NAME OF THE DEFENDANT IS SYNTHES USA SALES, LLC, AND THAT DEFENDANT'S CORRECT NAME SHOULD BE REFLECTED IN ALL PAPERS AND PLEADINGS; [PROPOSED] ORDER
Northern District Court Case No.: CV12-05420 EJD

994817.1

# CERTIFICATE OF SERVICE
*Martin Monroy-Padilla et al. v. Synthes, Corp., LTD.*
United States District Court, Northern District Case No.: CV12-05420 EJD

At the time of service I was over 18 years of age and not a party to this action. I am employed in the County of San Francisco, California. My business address is 525 Market Street, 17th Floor, San Francisco, California 94105. On this date I served the following document(s):

**STIPULATION TO CORRECT AND REFLECT THAT THE LEGAL NAME OF THE DEFENDANT IS SYNTHES USA SALES, LLC, AND THAT DEFENDANT'S CORRECT NAME SHOULD BE REFLECTED IN ALL PAPERS AND PLEADINGS; [PROPOSED] ORDER**

on the person or persons listed below, through their respective attorneys of record in this action, by placing true copies thereof in sealed envelopes or packages addressed as shown below by the following means of service:

☒: **By United States Mail.** I placed the envelope(s) for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

☐: **By Overnight Delivery.** I enclosed the documents in an envelope or package provided by an overnight delivery carrier and address to the persons at the addresses below. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

☐: **By Messenger Service.** I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed below and provided them to a professional messenger service for service.

Fernando F. Chavez
Mordechai D. Pelta
LAW OFICES OF
FERNANDO F. CHAVEZ
1530 The Alameda, Suite 301
San Jose, CA 95126
Tel: 408-971-3903
Fax: 408-971-0117
ffchavez@pacbell.net

*Attorneys for Plaintiffs*
*Martin Monroy-Padilla and*
*Graciela Santos Valdez*

Federico C. Sayre, Esq.
LAW OFFICES OF SAYRE &
 LEVITT, LLP
333 Civic Center Drive West
Santa Ana, CA 92701
Tel: (714) 550-9117
Fax: (714) 716-8445
sayreesq@sayrelevitt.com

*Attorneys for Plaintiffs*
*Martin Monroy-Padilla and*
*Graciela Santos Valdez*

//

//

4

STIPULATION TO CORRECT AND REFLECT THAT THE LEGAL NAME OF THE DEFENDANT IS SYNTHES USA SALES, LLC, AND THAT DEFENDANT'S CORRECT NAME SHOULD BE REFLECTED IN ALL PAPERS AND PLEADINGS; [PROPOSED] ORDER
Northern District Court Case No.: CV12-05420 EJD

994817.1

1  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

EXECUTED March 1, 2013 at San Francisco, California.

_____
Richean Martin