1  GENESE K. DOPSON (SBN 108333)
   Email: Genese.Dopson@wilsonelser.com
2  MARIA A. CARUANA (SBN 139901)
   Email: Maria.Caruana@wilsonelser.com
3  EIMI WATANABE (SBN 278751)
   Email: Eimi.Watanabe@wilsonelser.com
4  **WILSON, ELSER, MOSKOWITZ,**
   **EDELMAN & DICKER LLP**
5  525 Market Street, 17th Floor
   San Francisco, California 94105
6  Telephone: (415) 433-0990
   Facsimile: (415) 434-1370

Attorneys for Defendant
SYNTHES USA SALES, LLC

**IT IS SO ORDERED**
Judge Edward J. Davila
8/20/2013

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN MONROY-PADILLA, and GRACIELA SANTOS VALDEZ<br><br>Plaintiffs,<br><br>v.<br><br>SYNTHES USA SALES, LLC,<br><br>Defendant. | Case No.: CV12-05420 EJD<br><br>**NOTICE OF SETTLEMENT**<br><br>Trial Date: March 10, 2014 |

NOTICE IS HEREBY GIVEN that this case has been resolved, as follows: Plaintiffs Martin Monroy-Padilla and Graciela Santos Valdez and Defendant Synthes USA Sales, LLC through their designated counsel agree to dismiss the above-captioned action, in its entirety with prejudice, pursuant to Fed.R.Civ.Pro. 41(a)(1). Each party shall bear its own attorneys' fees and costs. The Clerk shall close this file.

DATED: August 16, 2013

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By: _____
Genese K. Dopson
Maria A. Caruana
Eimi Watanabe
Attorneys for Defendant
SYNTHES USA SALES, LLC

1
NOTICE OF SETTLEMENT

**CERTIFICATE OF SERVICE**
*Martin Monroy-Padilla et al. v. Synthes USA Sales, LLC*
United States District Court, Northern District Case No.: CV12-05420 EJD

At the time of service I was over 18 years of age and not a party to this action. I am employed in the County of San Francisco, California. My business address is 525 Market Street, 17th Floor, San Francisco, California 94105. On this date I served the following document(s):

**NOTICE OF SETTLEMENT**

on the person or persons listed below, through their respective attorneys of record in this action, by placing true copies thereof in sealed envelopes or packages addressed as shown below by the following means of service:

[X]: **By United States Mail.** I placed the envelope(s) for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

[ ]: **By Electronic Service.** Based on a court order or an agreement of the parties to accept service by electronic transmission, I caused the documents to be sent to the persons at the electronic notification addresses listed below.

| | |
|---|---|
| Fernando F. Chavez<br>Mordechai D. Pelta<br>LAW OFICES OF FERNANDO F. CHAVEZ<br>1530 The Alameda, Suite 301<br>San Jose, CA 95126<br>Tel: 408-971-3903<br>Fax: 408-971-0117<br>Email: ffchavez@pacbell.net<br>*Attorneys for Plaintiffs Martin Monroy-Padilla and Graciela Santos Valdez* | Federico C. Sayre<br>LAW OFFICES OF SAYRE & LEVITT, LLP<br>333 Civic Center Drive West<br>Santa Ana, CA 92701<br>Tel: (714) 550-9117<br>Fax: (714) 716-8445<br>Email: sayreesq@sayrelevitt.com<br>*Attorneys for Plaintiffs Martin Monroy-Padilla and Graciela Santos Valdez* |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

EXECUTED August 16, 2013 at San Francisco, California.

_____
Richean Martin